DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WEST v. BRYAN

No. 111P87.

Case below: 80 N.C. App. 560.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987.


PETITION TO REHEAR

JACKSON COUNTY v. SWAYNEY

No. 461A85.

Case below: 319 N.C. 52.

Petition denied 7 April 1987.